IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SANTOS GOMEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSICA A. MARSH, *et al.*, )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br><br>Civil Action No. 5:23-CV-59-C |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's Motion to Proceed *In Forma Pauperis* should be denied and the case be dismissed without prejudice because allegations in support of his Motion to Proceed *In Forma Pauperis* are false.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Plaintiff has filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation in which he contends that his false statements were not intentional.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that the Motion to Proceed *In Forma Paupers* be **DENIED** and the above-styled and -numbered civil action be **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(A) (dismissal at *any time* is warranted when there has been a misrepresentation in allegations of poverty). The Court notes that during the time for filing objections to the Magistrate Judge's Findings, Conclusions, and Recommendation, Plaintiff paid the filing fee of $402.00. However, the Court finds that Plaintiff's Objections fail to show good cause for the discrepancies in his application to proceed *in forma pauperis*. Thus, the Court finds that dismissal without prejudice is warranted based upon said falsehoods.

SO ORDERED.

Dated June 26, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE